[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11467
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-20273-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS IZQUIERDO-GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 29, 2015)

Before WILLIAM PRYOR, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Jesus Izquierdo-Garcia appeals *pro se* the denial of his motion for a sentence reduction. 18 U.S.C. § 3582(c)(2). Izquierdo-Garcia based his motion on Amendment 782 to the Sentencing Guidelines. We affirm.

The district court did not err when it denied Izquierdo-Garcia's motion. Izquierdo-Garcia, whose sentence is based on the career offender guideline, U.S.S.G. § 4B1.1, not on the drug quantity tables, *id.* § 2D1.1, is ineligible for a sentence reduction under Amendment 782. *See United States v. Lawson*, 686 F.3d 1317, 1321 (11th Cir. 2012); *United States v. Moore*, 541 F.3d 1323, 1327–30 (11th Cir. 2008).  The district court lacked authority to reduce Izquierdo-Garcia's sentence.

We **AFFIRM** the denial of Izquierdo-Garcia's motion to reduce his sentence.